# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLACK & DAVISON**, *et al.*, | : | CIVIL ACTION NO. 1:17-CV-688 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **CHAMBERSBURG AREA SCHOOL DISTRICT**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 24th day of January, 2019, upon consideration of defendants' motion (Doc. 25) to dismiss the amended complaint in part, and the parties' respective briefs in support of and opposition to said motion, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 25) to dismiss is GRANTED in part and DENIED in part as follows:

   a. Count III of plaintiffs' amended complaint (Doc. 24) is DISMISSED.

   b. Defendants' motion (Doc. 25) to dismiss is otherwise DENIED.

2. Defendants shall respond to plaintiffs' amended complaint (Doc. 24) in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania