# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACK & DAVISON, *et al.*, | Civil No. 1:17-CV-00688 |
| Plaintiffs, | |
| v. | |
| CHAMBERSBURG AREA SCHOOL DISTRICT, *et al.*, | |
| Defendants. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 13th day of July, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** as follows:

1) Defendants' motion for summary judgment is **GRANTED**. (Doc. 58.) The Clerk of Court is directed to enter judgment in Defendants' favor on all counts.

2) The motions in limine are **DENIED AS MOOT**. (Docs. 62, 74, 75, 76.)

3) The Clerk of Court is further directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania